## Commonwealth *v.* Walker, Appellant.

Submitted March 23, 1970. *Austin J. McGreal,* for appellant; *Jeffrey A. Brodkin,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.